UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEDDA JONES RICHARDS<br>    Plaintiff, | *<br>* CASE NO. 06-4623<br>*<br>* |
| vs.<br>FIDELITY NATIONAL INSURANCE<br>COMPANY<br>    Defendant. | * JUDGE: STANWOOD R. DUVAL , JR.<br>*<br>* MAG. DANIEL E. KNOWLES III<br>*<br>* |

*****************************************************************************

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS STATE LAW BASED EXTRA-CONTRACTUAL CLAIMS AND JURY REQUEST BY PLAINTIFF, and further considering the stipulation of dismissal and representations made therein that this matter,

IT IS HEREBY ORDERED that Plaintiff's state law based extra-contractual claims made in this matter shall be and hereby is DISMISSED WITH PREJUDICE, leaving only the breach of contract claim to proceed, and Plaintiff's jury request is hereby withdrawn, each party to bear their own costs.

DONE, at New Orleans, Louisiana, this __28th__ day of __February__, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge